# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 41 minutes |
| Date: | July 20, 2018 | | |
| Case No.: | **4:17-cr-00375-JST-2** | | |

**United States of America**　　v.　　**Joel Dominguez**

　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　☐ In Custody

**Sailaja Paidipaty**　　　　　　　　　　　　**Robert Waggener**
U.S. Attorney　　　　　　　　　　　　　　Defense Counsel

Deputy Clerk: William Noble　　　　　　FTR Recording Time: 10:33 - 11:14 AM

### *PROCEEDINGS*

REASON FOR HEARING:　　Change of plea

RESULT OF HEARING:

1. Change of plea held. The plea agreement was filed in court. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea was knowing and voluntary. The Court found a factual basis for the plea. The defendant entered a plea of guilty as to Counts One and Two of the Superseding Information. The plea was accepted and Defendant was adjudged guilty of the offense.

2. Sentencing set for October 26, 2018 at 9:30 a.m. in Oakland. The Defendant was ordered to be personally present at the next hearing.

3. The Court found exceptional reasons and Defendant will remain out of custody pending sentencing on the same conditions of pretrial release.